FILED & ENTERED

FEB 22 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gae        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:11-46267RN |
| **COLONIAL YACHT ANCHORAGE, INC.,** | Chapter 11 |
| Debtor. | **ORDER GRANTING RELIEF FROM STAY TO ENFORCE JUDGMENT FOR POSSESSION OF PREMISES** |
| | DATE:    January 10, 2012<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom 1645 |

On January 10, 2012, at approximately 9:00 a.m., the "Motion for Order Granting Relief From Stay to Enforce Judgment for Possession of Premises" (the "Motion") filed by the CITY OF LOS ANGELES ("City") came on regularly for hearing. Deputy City Attorney Janet Karkanen of the Office of the City Attorney appeared on behalf of the City. Paul Brent of Steinberg, Nutter & Brent appeared on behalf of the debtor and debtor-in-possession COLONIAL YACHT ANCHORAGE, INC. ("Colonial Yacht").

Upon review and consideration of the Motion, all other pleadings and evidence submitted in connection with the Motion, including the opposition filed by Colonial Yacht, and the City's reply thereto, and the arguments presented at the hearing on the Motion, the Court hereby finds good cause exists to grant the following relief.

/ / /

1

THEREFORE, IT IS ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. The automatic stay is modified to allow the City to enforce the judgment for possession of the premises against Colonial Yacht entered in the unlawful detainer action pending in the Los Angeles County Superior Court entitled *City of Los Angeles v. Colonial Yacht Anchorage aka Colonial Yacht Anchorage, Inc.*, LASC Case No. BC462183 (the "State Court Action").

3. The City is authorized to immediately seek the issuance of a writ of possession in the State Court Action provided that there shall be no lockout before March 1, 2012.

4. Colonial Yacht shall remove its personal property from the premises and vacate the premises on or before March 1, 2012.

5. Any personal property remaining on the premises after March 1, 2012, shall be deemed abandoned and the City shall be entitled to keep or dispose of all such personal property without further notice or liability to Colonial Yacht. Colonial Yacht shall have no right to claim or demand the release of any personal property remaining on the premises after March 1, 2012.

###

DATED: February 22, 2012

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING RELIEF FROM STAY TO ENFORCE JUDGMENT FOR POSSESSION OF PREMISES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 7, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Paul M Brent     snb300@aol.com
- Russell Clementson     russell.clementson@usdoj.gov
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Janet A. Karkanen
425 South Palos Verdes Street
5th Floor
San Pedro, California 90731

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page